UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 20-839-JFW(AGRx)**                                              Date: March 29, 2021

Title:   Jong Ja Kim -v- Gina Wu, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                                                     None

**PROCEEDINGS (IN CHAMBERS):**   DISMISSAL OF ACTION FOR LACK OF PROSECUTION

As a result of Plaintiff's failure to serve the Summons and Complaint within 120 days after the Complaint was filed, the Court hereby dismisses this action without prejudice. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Initials of Deputy Clerk  sr